IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONNA DENISE ALLEN, )
)
      Plaintiff, )
)
v. ) Civil Action No. 21-23
)
KILOLO KIJAKAZI,[1] )
Acting Commissioner of Social Security, )
)
      Defendant. )

O R D E R

AND NOW, this 31st day of August, 2021, upon consideration of Defendant's Unopposed Motion to Remand (Doc. No. 17), filed in the above-captioned matter on August 31, 2021,

IT IS HEREBY ORDERED that said motion is GRANTED and that the case is remanded to the Commissioner of Social Security pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

                          s/Alan N. Bloch
                          United States District Judge

ecf:        Counsel of record

---

[1] Kilolo Kijakazi is substituted as the defendant in this matter, replacing former Commissioner Andrew Saul pursuant to Federal Rule of Civil Procedure 25(d) and 42 U.S.C. § 405(g). The Clerk is directed to amend the docket to reflect this change.